UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SHAWN CUNNINGHAM,  )
        Plaintiff,  )
)
v.  )  **JUDGMENT**
)
)  No. 5:17-CV-301-FL
)
NANCY A. BERRYHILL,  )
Commissioner of Social Security,  )
        Defendant.  )

## Decision by Court.

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's motion for attorney's fees under the Equal Access to Justice Act and defendant's stipulation.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 28, 2019, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $2,350.00.

**This Judgment Filed and Entered on March 28, 2019, and Copies To:**

Jonathan Blair Biser  (via CM/ECF Notice of Electronic Filing)
Amanda Gilman / Cassia Parson  (via CM/ECF Notice of Electronic Filing)

March 28, 2019                PETER A. MOORE, JR., CLERK
                                       /s/ Sandra K. Collins
                                      (By) Sandra K. Collins, Deputy Clerk